AO 450 (Rev. 11/11)   Judgment in a Civil Action

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

# UNITED STATES DISTRICT COURT

**Mar 29, 2023**

for the

Eastern District of Washington

SEAN F. McAVOY, CLERK

CORINNA H.

|  |  |
|---|---|
| *Plaintiff* | ) |
| v. | ) |
| KILOLO KIJAKAZI, | ) |
| ACTING COMMISSIONER OF SOCIAL SECURITY | ) |
| *Defendant* | ) |

Civil Action No.   2:21-CV-00113-JAG

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❏ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ _____ .

☑ other:   Plaintiff's Motion for Summary Judgment, ECF No. 13, is GRANTED.
Defendant's Motion for Summary Judgment, ECF No. 15, is DENIED.
Pursuant to the Court's Order at ECF No. 17, this matter is REMANDED to the Commissioner for additional proceedings pursuant to 42 U.S.C. § 405(g).
Judgment is entered for Plaintiff.

This action was *(check one)*:

❏ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

❏ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Magistrate Judge James A. Goeke _____ on motions for

Summary Judgment.

Date:   3/29/2023_____

*CLERK OF COURT*

SEAN F. McAVOY_____

s/ Brian Molony_____
*(By) Deputy Clerk*

Brian Molony_____